**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:    Will Not Sell, LLC

Debtor.

CASE NUMBER: 25-10198-RAM

CHAPTER 11

Basis for emergency: Creditors were satisfied in full at the successful closing of August 18, 2025. Fidelity National Title Insurance Company ("**Fidelity**") and/or the closing agent is/are holding Seller's/Debtor's proceeds in the sum of $2,767,247.44. This Honorable Court's approval is sought to dismiss the case without prejudice, to authorize and direct Fidelity and/or the closing agent to pay pending US Trustee fees and to authorize and direct Fidelity and/or the closing agent to deliver to the Debtor its proceeds.

_____/

**HEARING REQUESTED FOR AUGUST 28, 2025**
**DEBTOR'S EMERGENCY MOTION TO DISMISS CHAPTER 11 BANKRUPTCY**
**CASE WITHOUT PREJUDICE**

**Will Not Sell, LLC** (the "**Debtor**"), by and through undersigned counsel, files this *Motion to Dismiss Chapter 11 Bankruptcy Case without prejudice* (the "**Motion**") and in support of this Motion, the Debtor states:

1. The mortgagee JJS Capital Group's ("**Creditor**"), the City of Miami ("**City**"), Miami-Dade County ("**County**"") and other creditors of the estate were paid in full at the real properties closing of 7400 NE Miami Ct.; 7410 NE Miami Ct.; 40 NE 75 St.; & 19 NE 74 St. Miami, FL 33138 (collectively "**Property**") on August 18, 2025.

2. The Debtor seeks this Honorable Court's approval dismissing the case without prejudice, authorizing and directing Fidelity and/or the closing agent to pay pending US Trustee

fees and authorizing and directing Fidelity and/or the closing agent to deliver to the Debtor its proceeds.

3. This motion is served 7 days before the requested hearing date. *See* FRBP 9006(b).

### *CONCLUSION*

**WHEREFORE**, the Debtor respectfully requests entry of an order:

(a)     granting this Motion in full;

(b)     dismissing the case without prejudice;

(c)     authorizing and directing Fidelity and/or the closing agent to pay pending US Trustee fees; and

(d)     authorizing and directing Fidelity and/or the closing agent to deliver to the Debtor its proceeds.

(e)     granting any and all such further relief the Honorable Court deems appropriate under the circumstances.

### CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am qualified to practice before this Court as set forth in Local Rule 2090-1(A).

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August 20, 2025 to all parties registered via CM/ECF and/or via first-class US Mail to the parties on the service matrix.

**Respectfully submitted,**

**SAGRE LAW FIRM, P.A.**
Attorney for Debtor

5201 Waterford District Drive, Suite 892
Miami, FL 33126
Telephone: (305) 266-5999, Facsimile: (305) 265-6623
E-Mail: law@sagrelawfirm.com

By:  /s/ *Ariel Sagre*
ARIEL SAGRE, ESQ.
Florida Bar No.: 557447